**1:24-cr-00232**
**Judge Robert W. Gettleman**
**Magistrate Judge Maria Valdez**
**RANDOM / Cat. 3**

**FILED**
5/16/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HEATHER BERGDAHL | No.<br><br>Violations: Title 18, United States Code, Section 666 |

## COUNTS ONE THROUGH ELEVEN

The SPECIAL JANUARY 2023 GRAND JURY charges that:

1. At times material:

    a. Hospital A was an organization in Chicago, Illinois that received, in the one-year period beginning January 1, 2021, benefits in excess of $10,000 under a Federal program, including Medicare and Medicaid.

    b. Defendant HEATHER BERGDAHL was employed by Hospital A as the hospital's Chief Transformation Officer and a supervisor of the hospital's Accounts Payable Department.

2. On or about the dates set forth below, at Chicago, in the Northern District of Illinois, and elsewhere,

HEATHER BERGDAHL,

defendant herein, being an agent of Hospital A, embezzled, stole, obtained by fraud and otherwise without authority knowingly converted to the use of a person not the rightful owner, and intentionally misapplied, property worth at least $5,000 and owned by and under the care, custody and control of Hospital A, namely, funds from

checks issued by Hospital A in the following amounts, with each check constituting a separate count:

| Count | Date | Check Proceeds |
|---|---|---|
| One | June 11, 2021 | approximately $149,999.99 through a check made payable to Medlabs USA |
| Two | June 12, 2021 | approximately $29,999.99 through a check made payable to Chicago Promotions |
| Three | June 15, 2021 | approximately $79,999.99 through a check made payable to Illinois Biotech |
| Four | June 15, 2021 | approximately $54,888.99 through a check made payable to Midwest Med |
| Five | August 23, 2021 | approximately $15,082.60 through a check made payable to Medlabs USA |
| Six | August 23, 2021 | approximately $29,999.99 through a check for made payable to Chicago Promotions |
| Seven | August 23, 2021 | approximately $13,999.98 through a check made payable to Illinois Biotech |
| Eight | November 29, 2021 | approximately $31,866.78 through a check made payable to Medlabs USA |
| Nine | November 29, 2021 | approximately $29,999.99 through a check made payable to Chicago Promotions |
| Ten | November 29, 2021 | approximately $27,825.99 through a check made payable to Illinois Biotech |
| Eleven | November 29, 2021 | approximately $22,875.99 through a check made payable to Midwest Medical Supplies |

In violation of Tile 18, United States Code, Section 666(a)(1)(A).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 666(a)(1)(A), as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to a personal money judgment in the amount of approximately $486,540.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON