**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America<br>Plaintiff | )<br>)<br>)<br>)<br>) | Case No: 24 CR 232<br><br>Judge: Maria Valdez |
| Heather Bergdahl<br>Defendant | )<br>) | |

**ORDER**

Arraignment hearing held on 5/29/24 as to Defendant Heather Bergdahl. By agreement of the parties, the defendant appeared via videoconference. Sheri Mecklenburg and Kelly Guzman appeared on behalf of the Government. Bethany Biesenthal and Kevin Hasenfang appeared on behalf of the defendant. The Government advised the defendant of the charges pending against her and the maximum penalties. Defendant was advised of her rights. Defendant waived formal reading and entered a plea of not guilty as to all counts of the indictment. Further dates were given. 16.1(a) conference to be held as soon as possible. A telephonic status hearing is set for 6/13/24 at 9:00 a.m. before Judge Gettleman. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. The defendants' current conditions of release are modified to include the following: 1) she is not allowed to possess a firearm destructive device or other weapon; 2) she must report as soon as practicable to pretrial services any contact she may have with law enforcement and 3) she must not use or unlawfully possess a narcotic drug or other controlled substance unless it is prescribed medical practitioner. Defendant was admonished as to the additional conditions of release and she indicated she understood the conditions. The Government's oral motion to exclude time is granted. Time is to be excluded from 5/29/24 to and including 6/13/24 in the interest of justice and for the filing of any pretrial motions pursuant to 18 USC§3161(h)(7)(A)(B) and 18 USC§3161 (h)(1)(D) (X-T).

(T:00:15)

Date: <u>May 29, 2024</u>

_____
Magistrate Judge Maria Valdez