

**FILED**
5/29/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JH

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:24−mj−00212−1
### *Internal Use Only*

Case title: USA v. Bergdahl

Date Filed: 05/10/2024

Other court case number:  24−cr−232 Northern District of Illinois Eastern Division

Date Terminated: 05/29/2024

Assigned to: Magistrate Judge Christina A Bryan

**24CR232-1**

**Defendant (1)**

**Heather Bergdahl**
*TERMINATED: 05/29/2024*

| Pending Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| Theft concerning a federally funded program, in violation of Title 18 United States Code Sections 666(a)(1)(A). | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2024 | 1 | |

1

| | | |
|---|---|---|
| | | Complaint from the Northern District of Illinois Eastern Division as to Heather Bergdahl, filed. (glk4) (Entered: 05/10/2024) |
| 05/10/2024 | | Arrest (Rule 40) of Heather Bergdahl, filed. (glk4) (Entered: 05/10/2024) |
| 05/10/2024 | 2 | Arrest Warrant issued 5/10/2024; Returned Executed on 5/10/2024 as to Heather Bergdahl. Defendant was arrested in Houston, TX. Document restricted from PACER under privacy policy., filed. (glk4) (Entered: 05/10/2024) |
| 05/10/2024 | | ***Set/Reset Hearings as to Heather Bergdahl: Initial Appearance − Rule 40 set for 5/10/2024 at 02:00 PM in Courtroom 701 before Magistrate Judge Christina A Bryan (glk4) (Entered: 05/10/2024) |
| 05/10/2024 | | Arrest of Heather Bergdahl, filed. (mem4) (Entered: 05/10/2024) |
| 05/10/2024 | | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 5/10/2024 before Magistrate Judge Christina A Bryan as to Heather Bergdahl. Defendant first appearance on Complaint from the Illinois Northern District Court 24−CR−232 and advised of rights/charges. Defendant appeared with counsel. Waiver of Identity executed on the record, Order of Temporary Detention to be entered,. Preliminary Examination & Detention Hearing set for 5/13/2024 at 11:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan Appearances: AUSA Keri Losen Fuller for USA; Jordan Matthews & Andy Ryngaert (Retained) for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Maria Bucarello) Defendant remanded to custody, filed. (mem4) (Entered: 05/10/2024) |
| 05/10/2024 | 3 | BRADY ORDER on Rule 5(f) as to Heather Bergdahl. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 05/10/2024) |
| 05/10/2024 | 4 | Order of Temporary Detention Pending Hearing as to Heather Bergdahl Preliminary Examination & Detention Hearing set for 5/13/2024 at 11:00 AM in Courtroom 701 before Magistrate Judge Christina A Bryan ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) (Entered: 05/10/2024) |
| 05/10/2024 | 5 | Sealed Financial Affidavit CJA 23 by Heather Bergdahl, filed. (Entered: 05/10/2024) |
| 05/13/2024 | 6 | MOTION to Appear Pro Hac Vice for Jordan M. Matthews (Fee NOT PAID) by Heather Bergdahl, filed. (mem4) (Entered: 05/13/2024) |
| 05/13/2024 | | PRELIMINARY EXAMINATION & DETENTION Minute Entry for proceedings held on 5/13/2024 before Magistrate Judge Christina A Bryan as to Heather Bergdahl Defendant appeared with counsel. Bond set, $486,000 Bond secured by parent's home., Defendant advised of conditions of release, Waiver of executed on the record, Defendant on bond to appear in originating district Illinois Northern District Court, Chicago Division for hearing set on at,, 219 SouthDearborn Street, Chicago, IL 60604,. Defendant reserves right to Preliminary Hearing for the charging district. Defendant has 7 days to provide bond forfeiture documents. Appearances: AUSA Sherin Susan Daniel for USA; Jordan M. Matthews (Retained) for Defendant.(ERO:Yes) (Interpreter: No) (Pretrial Officer: Sabrina Delgado) Bond executed and deft to be released, filed. (mem4) (Entered: 05/13/2024) |
| 05/13/2024 | 7 | ORDER for Defendant to Appear in the District Where Charges Are Pending and Transferring Bail as to Heather Bergdahl. The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending. Charging District: Illinois Northern District Court, Chicago Division, 24−CR−232. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (mem4) |

| | | |
|---|---|---|
| | | (Entered: 05/13/2024) |
| 05/13/2024 | 8 | WAIVER of Rule 5 & 5.1 Hearings by Heather Bergdahl, filed. (mem4) (Entered: 05/13/2024) |
| 05/13/2024 | 9 | Secured Bond Entered as to Heather Bergdahl in amount of $ 486,000, secured by parent's home, filed. (mem4) (Entered: 05/13/2024) |
| 05/13/2024 | 10 | ORDER Setting Conditions of Release as to Heather Bergdahl. ( Signed by Magistrate Judge Christina A Bryan) (Attachments: # 1 Unredacted attachment) Parties notified. (mem4) (Entered: 05/13/2024) |
| 05/13/2024 | 11 | Pretrial Services Report (Sealed) as to Heather Bergdahl, filed. (cjs4) (Entered: 05/13/2024) |
| 05/14/2024 | 12 | CLERKS NOTICE of Filing Fee Due for filing a motion to appear pro hac vice re: 6 MOTION to Appear Pro Hac Vice for Jordan M. Matthews (Fee NOT PAID). Parties notified. Pro Hac Vice Filing Fee due by 5/28/2024, filed. (cpc4) (Entered: 05/14/2024) |
| 05/29/2024 | | RULE 5 Papers sent to Northern District of Illinois Eastern Division Division as to Heather Bergdahl, filed. (mem4) (Entered: 05/29/2024) |

AO 442 (Rev. 11/11) Arrest Warrant

AUSA Sheri H. Mecklenburg (312) 469-6030
AUSA Kelly Guzman (312) 353-1598

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

HEATHER BERGDAHL

**WARRANT FOR ARREST**

CASE NUMBER:  24 CR 232

To:    The United States Marshal and Any Authorized Officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay HEATHER BERGDAHL, who is accused of an offense or violation based on the following document filed with the court:

☒ Complaint

This offense is briefly described as follows:

   theft concerning a federally funded program, in violation of Title 18 United States Code Sections 666(a)(1)(A).

Date: May 10, 2024

_____
*Issuing Officer's signature*

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. MAGISTRATE JUDGE
*Printed name and title*

Bail fixed at $_____ by

_____
*Name of Judicial Officer*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 5-10-24 , and the person was arrested on *(date)* 5-10-24 | | |
| at *(city and state)* Houston, TX . | | |
| Date: 5-10-24 | _____ *Arresting officer's signature* Alexander Rojas Special Agent *Printed name and title* | |

United States District Court
Southern District of Texas

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**ENTERED**
May 10, 2024
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:24−mj−00212 |
| | § | |
| Heather Bergdahl | § | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so **ORDERED**.

**SIGNED** on May 10, 2024.

_____
Christina A. Bryan
United States Magistrate Judge

United States District Court
Southern District of Texas
**ENTERED**
May 10, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:24−mj−00212 |
| | § | |
| Heather Bergdahl | § | |


**ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)**


At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole. This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:** The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until the hearing in this case scheduled as follows: **Prelim Exam and Detention Hrg set for May 13, 2024 at 11:00 AM before Christina A Bryan.**

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred. If no action is taken by the above date, the defendant must be brought before this court on that date for further proceedings.


Date: May 10, 2024


Christina A. Bryan
United States Magistrate Judge

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | |
|---|---|---|---|

| United States |
|---|
| *versus* |
| Heather Lynn Bergdahl |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jordan M. Matthews<br>Jones Day<br>110 N. Wacker Dr., Suite 4800<br>Chicago, IL 60606<br>(312) 269-4169<br>Illinois (6300503)<br>N.D. Ill. (N/A) |
|---|---|

| Name of party applicant seeks to appear for: | Heather Lynn Bergdahl |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No  ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/10/2024 | Signed: | /s/ Jordan M. Matthews |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:      Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____      _____

                                         United States District Judge

8



**Attorney Registration and Disciplinary Commission**
**of the**
**Supreme Court of Illinois**
**www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/10/2024

Re: Jordan Melissa Matthews
Attorney No. 6300503

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Jordan Melissa Matthews was admitted to practice law in Illinois on 11/5/2009; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _Andrew Oliva_
Andrew Oliva
Registrar

United States District Court
Southern District of Texas
**ENTERED**
May 13, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:24−mj−00212 |
| | § | Charging District: |
| | § | Illinois Northern District Court |
| Heather Bergdahl | § | Charging District's Case No. 24−CR−232 |

## ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in Illinois Northern District Court, the district court where the charges are pending, to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Illinois Northern District Court, Chicago Division 219 SouthDearborn Street, Chicago, IL 60604 | Location: |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 5/13/2024

Christina A. Bryan
United States Magistrate Judge

10

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### Souther District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:24-mj-00212-1 |
| Heather Bergdahl | ) | |
| _Defendant_ | ) | Charging District's Case No. 24 CR 232 (NDIL) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_ Northern District of Illinois .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☒    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☒ preliminary hearing and/or ' detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/13/24

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Jordan M. Matthews
_Printed name of defendant's attorney_

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
## for the

Southern District of Texas

| United States of America | ) |
| v. | ) |
| Dr. Heather Bergdahl | ) | Case No. 4:24MJ212 |
| *Defendant* | ) |

### APPEARANCE BOND

#### Defendant's Agreement

I, Dr. Heather Bergdahl *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☒ ) to appear for court proceedings;

( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or

( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

#### Type of Bond

( ☐ ) (1) This is a personal recognizance bond.

( ☐ ) (2) This is an unsecured bond of $ _____ .

( ☑ ) (3) This is a secured bond of $ 486,000 , secured by:

( ☐ ) (a) $ _____ , in cash deposited with the court.

( ☑ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*: Parent's home 15109 Marina Drive Montgomery, TX

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____

_____

_____ .

#### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

12

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 5/13/24

_____
*Defendant's signature*

_____
*Surety/property owner — printed name*

_____
*Surety/property owner — signature and date*

_____
*Surety/property owner — printed name*

_____
*Surety/property owner — signature and date*

_____
*Surety/property owner — printed name*

_____
*Surety/property owner — signature and date*

*CLERK OF COURT*

Date: 5/13/24

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: May 13, 2024

_____
*Judge's signature*

13

United States District Court
Southern District of Texas

AO 199A (Rev. 06/19)  Order Setting Conditions of Release

Page 1 of ___

# UNITED STATES DISTRICT COURT

for the

## Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dr. Heather Bergdahl | ) | Case No. 4:24mj212 |
| _Defendant_ | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
_Place_

on _____
_Date and Time_

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release

Page____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(☑) (6)  The defendant is placed in the custody of:
Person or organization  _Michael Beragdahl_
Address *(only if d...)*  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
City and state  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _Michael Bugdahl_  5/13/24
                    Custodian                                        Date

(☑) (7)  The defendant must:
(☑) (a)  submit to supervision by and report for supervision to the   Pretrial Services
         telephone number _____, no later than _____.
(☐) (b)  continue or actively seek employment.
(☐) (c)  continue or start an education program.
(☐) (d)  surrender any passport to: _____
(☑) (e)  not obtain a passport or other international travel document.
(☑) (f)  abide by the following restrictions on personal association, residence, or travel:  _Continental United States_
(☑) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
         including: _Anosh Ahmed_

(☐) (h)  get medical or psychiatric treatment: _____

(☐) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
         or the following purposes: _____

(☐) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
         necessary.
(☐) (k)  not possess a firearm, destructive device, or other weapon.
(☐) (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
(☐) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
         medical practitioner.  No CBD Products.
(☐) (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
         random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
         prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
         of prohibited substance screening or testing.
(☐) (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
         supervising officer.
(☐) (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
         (☐) (i)  Curfew. You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as
                  directed by the pretrial services office or supervising officer; or
         (☐) (ii)  Home Detention. You are restricted to your residence at all times except for employment; education; religious services;
                  medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
                  activities approved in advance by the pretrial services office or supervising officer; or
         (☐) (iii)  Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                  court appearances or other activities specifically approved by the court; or
         (☐) (iv)  Stand Alone Monitoring. You have no residential curfew, home detention, or home incarceration restrictions. However,
                  you must comply with the location or travel restrictions as imposed by the court.
                  Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
    ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
    ( ☐ ) (ii)   Voice Recognition; or
    ( ☐ ) (iii)  Radio Frequency; or
    ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. Within 72 hours

( ☐ ) (t)  _____

☐    Required to pay the cost for drug testing/treatment to the extent he/she is able to.

16

AO 199C (Rev. 09/08) Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

### Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   May 13, 2024

*Judicial Officer's Signature*

Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
### for the

Southern District of Texas

|  |  |
|---|---|
| United States of America<br>v.<br>Dr. Heather Bergdahl<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No. 4:24 MJ 212

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

18

AO 199B (Rev. 12/20) Additional Conditions of Release

Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☑ ) (6) The defendant is placed in the custody of:

Person or organization *Michael Bergdahl*
Address *(only if above is an organization)* *15109 Marina Dr*
City and state *Montgomery, NY 77356*       Tel. No. *412-635-2638*

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: *Michael Bergdahl*       *5/13/24*
                Custodian                                         Date

( ☑ ) (7) The defendant must:

( ☑ ) (a) submit to supervision by and report for supervision to the   Pretrial Services
        telephone number _____, no later than _____

( ☐ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☐ ) (d) surrender any passport to: _____

( ☑ ) (e) not obtain a passport or other international travel document.

( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel: *Continental United States*

( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: *Anash Ahmed*

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ ) (k) not possess a firearm, destructive device, or other weapon.

( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.   No CBD Products.

( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
        **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
- ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii)   Voice Recognition; or
- ( ☐ ) (iii)   Radio Frequency; or
- ( ☐ ) (iv)   GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. Within 72 hours

( ☐ ) (t)  _____

☐   Required to pay the cost for drug testing/treatment to the extent he/she is able to.

AO 199C (Rev. 09/08) Advice of Penalties

Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

15109 MARINA DR   MONTGOMERY TX
_____
*City and State*

## Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  May 13, 2024
_____

_____
*Judicial Officer's Signature*

Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

Bergdahl, Heather Lynn

# CONFIDENTIALITY OF PRETRIAL SERVICES
# REPORTS AND INFORMATION

Title 18, United States Code, Section 3153(c)(1) restricts the uses of information and reports on Pretrial Services. **Information and reports are to be used only for the purposes of a bail determination and shall otherwise be confidential.**

Pretrial Services bail reports and detention reports are not to be made accessible to the public, to agents, to the media or to others, and are furnished to counsel for the defendant and the government exclusively for the bail hearing. **If for any reason the report[s] is ordered placed in evidence, it should be under seal.**

As mandated by Section 3153(c)(2), the Director of the Administrative Office of the U.S. Courts has issued **Confidentiality Regulations** (see Guide to Judiciary Policies and Procedures, Pretrial Services Manual, June 10, 1985). The introduction to the Regulations and the Regulations themselves caution that even where written findings are required in detention orders (see Section 3142i), the Pretrial Services report--from which the Court's findings may be drawn--is not to be made part of the public record. Similarly, the Pretrial Services Officer is not to be routinely called upon to testify for the Government or for the defense.

**(Copies of the Confidentiality Regulations have been provided to the Court and will be made available to counsel upon request.)**

Bergdahl, Heather Lynn

PS3

# PRETRIAL REPORT

*According to Judiciary Policy, several factors fall solely within the province of the judicial officer and are not to be considered by the officer. These factors include: the weight of the evidence, the rebuttable presumption, and potential penalty.*

| District/Office<br>**SOUTHERN DISTRICT OF TEXAS**-Houston | Charge(s) (Title, Section, and Description)<br><br>18 U.S.C. § 666(a)(1)(A)<br>Theft concerning a federally funded program |
|---|---|
| Judicial Officer<br>United States Magistrate Judge Christina Bryan | |
| Docket Number (Year-Sequence No.-Deft. No.)<br>4:24MJ00212-01<br><br>**Rule 5 - Northern District of Illinois** | |

## DEFENDANT

| Name | BERGDAHL, Heather Lynn | Employer<br>Anoshinc | | |
|---|---|---|---|---|
| Address: | 1600 Post Oak Blvd., Suite 1803<br>Houston, Texas 77056 | Employer Address<br>2620 Tanglewilde Street<br>Houston, Texas 77063 | | |
| Time at Address<br>2 years | Time in Community<br>13 years | Monthly Income<br>$20,000 | Time Unemployed<br>N/A | |

The defendant is scheduled to appear before U.S. Magistrate Judge Christina Bryan for an initial appearance on May 10, 2024. An interview was conducted without the presence of the defense attorney.

## DEFENDANT HISTORY

### 1. DEFENDANT HISTORY/RESIDENCE/FAMILY TIES:

Heather Bergdahl, age 37, was born and raised by her parents in Houston, Texas. The defendant's family relocated to Pittsburg, Pennsylvania when she was eight years old and returned to the Houston area at age 23. The defendant's parents have been married for over 40 years and now also reside in Houston, Texas. She maintains daily contact with her parents. The has one brother, residing in Pittsburg, Pennsylvania and is employed as an accountant. She maintains a good relationship with her brother. Bergdahl reported she has previously resided in Miami, Florida, and Chicago, Illinois as an adult during the years of 2020 to 2022. Presently, she lives in a condo in Houston, Texas, paid for by her employer. The lease is in the defendant's name, but she does not financially

1

Bergdahl, Heather Lynn

responsible for the lease payment. She is not sure if she will be able to continue to reside at her current address shall she be granted bail. The defendant married to Mario Arce 2021; however, the marriage ended in divorce in 2023. She indicated it was an amicable divorce and her ex-husband also resides in Houston, Texas. The defendant does not have any children.

The defendant received a high school diploma in 2005 from North Allegheny High School in Pittsburg, Pennsylvania. She received a bachelor's degree in finance in 2008, from the University of Pittsburg. She also received a master's degree in business administration in 2012, from the University of St. Thomas in Houston, Texas.

**The defendant's United States Passport was confiscated by the FBI during her arrest on May 9, 2024.** She advised she traveled to Dubai and London in 2023 for employment purposes.

**2. EMPLOYMENT HISTORY / FINANCIAL RESOURCES:**

The defendant has been employed by Anoshinc as a Chief Financial Officer for two years. She indicated that the business is a Capital Investment Firm. The defendant is paid weekly and earns $20,000 a month. She noted she is unsure if she can return to the employment if released on bail. The defendant was previously employed as a Chief Transformation Officer for Laredo Hospital in Chicago, Illinois for one year. Additionally, the defendant advised she earned a MD from St. George's University located in St. Georges, Grenada. It is unclear if the defendant earned this degree online program, as the defendant did not report a history of living there.

The defendant owns a total of three homes. She is currently leasing two of her homes and the other is under construction. The defendant's homes are all **paid in full**. She noted that her homes are worth a total approximate value of $1,200,000. She also owns a 2021, BMW 540E which she reported is paid in full of an approximate value of $30,000.

**The information provided was not corroborated. The defendant did not provide contact information for her parents. She stated she did not want them to be notified of the instant federal charges. The defendant provided contact information for her employer and her best friend, however, attempts to contact both proved unsuccessful. The undersigned was unable to leave a voicemail.**

**3. HEALTH:**

The defendant denied any physical or mental health issues. She also denied ever consuming alcohol or drugs.

**4. PRIOR RECORD:**

The defendant reported no criminal history. A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed no criminal history for the defendant.

**5. ASSESSMENT OF NONAPPEARANCE:**

The defendant possesses a U.S. Passport; it is unclear if it has been seized by arresting authorities.

2

Bergdahl, Heather Lynn

**6. ASSESSMENT OF DANGER:**

There are no known factors indicating the defendant poses a risk of danger to the community.

**7. RECOMMENDATION**

The following bond and conditions are recommended to address the issues of nonappearance and danger to the community:

1. $100,000 Unsecured Bond
2. **NO Pretrial Supervision**
3. Surrender U.S. Passport or provide proof passport has been seized and obtain no other passport.
4. Travel restricted to continental U.S.

| United States Probation Officer<br>Crista ORPHE | Date/Time<br>05/10/2024 |
|---|---|
| Supervising United States Probation Officer<br>Cynthia MORENO | Date/Time<br>May 10, 2024      2:03 p.m. |

3

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:41557157@txs.uscourts.gov
Subject:Activity in Case 4:24-mj-00212 USA v. Bergdahl Clerks Notice of Filing Fee Due
(FORM, noticing) - Criminal
```
Content−Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 5/14/2024 at 9:50 AM CDT and filed on 5/14/2024

| | |
|---|---|
| **Case Name:** | USA v. Bergdahl |
| **Case Number:** | 4:24−mj−00212 |
| **Filer:** | Dft No. 1 − Heather Bergdahl |
| **Document Number:** | 12 |

**Docket Text:**
**CLERKS NOTICE of Filing Fee Due for filing a motion to appear pro hac vice re: [6] MOTION to Appear Pro Hac Vice for Jordan M. Matthews (Fee NOT PAID). Parties notified. Pro Hac Vice Filing Fee due by 5/28/2024, filed. (cpc4)**

**4:24−mj−00212−1 Notice has been electronically mailed to:**

**4:24−mj−00212−1 Notice has not been electronically mailed to:**

26