

**FILED**

JUN 03 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| HEATHER BERGDAHL | ) No. 24 CR 232-1 |
| | ) Magistrate Judge Maria Valdez |

## FORFEITURE AGREEMENT

Pursuant to the Order Setting Conditions of Release entered in 4:23-mj-00212-1 in the United States District Court, Southern District of Texas on May 13, 2024 and ordered to stand in the above case, for and in consideration of bond being set by the Court for defendant HEATHER BERGDAHL (the "defendant") in the amount of $486,000, being fully secured by real property, **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL, GRANTOR(S)** hereby understand, warrant and agree:

    1.    **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** warrant that they are the sole record owners and titleholders of the real property located at 15109 Marina Drive, Montgomery, Texas 77356 described legally as follows:

> LOT TEN (10), BLOCK ONE (1), OF FINAL PLAT LAKE SHORE COVE, SECTION 1, A UNIT DEVELOPMENT SUBDIVISION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN CABINET Z, SHEET 6240-41 OF THE MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

(the "subject property")

2. **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** warrant that there are no outstanding mortgages against the subject property and that their equitable interest in the real property equals at least $486.000.

3. **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** have received a copy of the Court's Order Setting Conditions of Release and understand its terms and conditions.

4. **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** understand and agree that the defendant will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) defendant surrenders to serve her sentence; (b) defendant is taken into custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against defendant in its entirety; or (d) judgment is entered in defendant=s favor.

5. **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** agree that public docket entries and filings in the above-captioned matter constitute adequate notice to the sureties of all judicial proceedings in the case. **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** understand that modifications to the Court's Order Setting Conditions of Release may occur and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** waive any right to receive notice of judicial proceedings from the United States or the Court.

6. **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** understand and agree that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

7. **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** agree that their equitable interest up to the amount of this bond in the above-described real property shall be forfeited to the United States of America should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

8. **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** agree to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court.

9. **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** understand that the United States of America will seek an order from the Court authorizing the United States of America to file and record the above-described deed and will take whatever other action that may be necessary to perfect its interest in the above-described real property, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

10. **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** understand and agree that, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** will be liable to pay the difference between the bond amount of $486,000 and their equitable interest in the subject property, and **MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL** hereby agree to the entry of a default judgment against them for the amount of any such difference.

11. MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

12. MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant, they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury.

13. MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL agree that the United States shall file and record a copy of this Forfeiture Agreement with the Montgomery County Clerk's Office as notice of encumbrance in the amount of the bond.

14. MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct.

15. MICHAEL EDWARD BERGDAHL AND SHERYL LEE BERGDAHL understand and agree that failure to comply with any term or condition of this Forfeiture Agreement will constitute grounds for the United States of America to request that the bond posted for the release of the defendant be revoked.

Date: 5/17/24

_[signature]_
MICHAEL EDWARD BERGDAHL
Surety/Grantor

Date: 5/17/24

_[signature]_
SHERYL LEE BERGDAHL
Surety/Grantor

State of _Texas_, County of _Montgomery_ ss. I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that **Michael Edward Bergdahl and Sheryl Lee Bergdahl**, personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and wavier of the right of homestead.

Given under my hand and official seal, this _17th_ day of _May 2024_.

_____
NOTARY PUBLIC

Commission expires _04/14/2026_ . _Virginia Windham_ , Notary Public.
                          (date)               (name)

VIRGINIA WINDHAM
Notary Public, State of Texas
Comm. Expires 04-14-2026
Notary ID 133707176

**Prepared by and Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604