**QUITCLAIM DEED**

**FILED**

JUN 03 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**KNOW ALL MEN BY THESE PRESENTS THAT:**

For and in consideration of $0.00, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, MICHAEL E. BERGDAHL and wife, SHERYL L. BERGDAHL, (together "Grantor") does hereby remise, release, grant and convey, as well as quitclaim unto the United States of America ("Grantee"), the following described property together with all improvements located on the property, situated in Montgomery County, Texas.

The real property located at 15109 Marina Drive, Montgomery, Texas 77356, as recorded in the records of Montgomery County, Texas, described legally as follows:

> LOT TEN (10), BLOCK ONE (1), OF FINAL PLAT LAKE SHORE COVE, SECTION 1, A UNIT DEVELOPMENT SUBDIVISION IN MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN CABINET Z, SHEET 6240-41 OF THE MAP RECORDS OF MONTGOMERY COUNTY, TEXAS.

Subject to all easements, rights-of-way, protective covenants and mineral reservations of record, if any.

**TO HAVE AND TO HOLD** the property unto the Grantee and the Grantee's heirs and assigns, forever, with all appurtenances attached to the property.

The property conveyed in this deed is part of the homestead of the Grantor.

**WITNESS** the Grantor's hand this 17th day of May, 2024.

_____
MICHAEL E. BERGDAHL
Grantor

5/17/24
Date

_____
SHERYL L. BERGDAHL
Grantor

5/17/24
Date

STATE OF TEXAS

COUNTY OF Montgomery

On this the 17th day of May, 2024, before me personally appeared MICHAEL E. BERGDAHL and SHERYL L. BERGDAHL, to me known or proven that on the basis of satisfactory evidence to be the Grantor who lawfully executed the foregoing Quitclaim Deed as a free and voluntary act.

_____
Notary Public in and for the State of Texas

VIRGINIA WINDHAM
Notary Public, State of Texas
Comm. Expires 04-14-2026
Notary ID 133707176

04/14/2026
_____
My Commission expires