**FILED**

JUN 03 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## RELEASE AND WAIVER OF THE RIGHTS OF HOMESTEAD

I understand that under Texas laws I normally would have a right to homestead protection against my home at 15109 Marina Drive, Montgomery, Texas 77356. Nevertheless, in consideration of the United States District Court for the Southern District of Texas, United States District Court for the Northern District of Illinois and the United States Attorney for the Northern District of Illinois releasing before trial HEATHER BERGDAHL (United States Bureau of Prisons Inmate Number 83803-079), **I release, waive, and forfeit any and all rights to homestead protection**.

I also understand that pursuant to the Forfeiture Agreement executed on May 17, 2024, should HEATHER BERGDAHL violate any condition of her pretrial release, the United States of America could seize my home located at 15109 Marina Drive, Montgomery, Texas 77356. In consideration of the United States District Court and the United States of America releasing HEATHER BERGDAHL pretrial, **I commit to waive, and to not raise, any homestead defense in any such forfeiture proceeding by the United States of America**.

_____
MICHAEL EDWARD BERGDAHL
15109 Marina Drive
Montgomery, Texas 77356

_____
SHERYL LEE BERGDAHL
15109 Marina Drive
Montgomery, Texas 77356

State of Texas, County of Montgomery ss. I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that **Michael Edward Bergdahl and Sheryl Lee Bergdahl**, personally known to me to be the same persons whose names subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal, this 17th day of May 2024.

_____
NOTARY PUBLIC

Commission expires 04/14/2026 · Virginia Windham, Notary Public.
  (date)                    (name)



VIRGINIA WINDHAM
Notary Public, State of Texas
Comm. Expires 04-14-2026
Notary ID 133707176