**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                           Case No.: 1:24–cr–00232
                                                                Honorable Robert W. Gettleman

Heather Bergdahl

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 13, 2024:

    MINUTE entry before the Honorable Robert W. Gettleman as to Heather Bergdahl: Telephonic hearing held on 6/13/2024. Defendant appeared on the hearing. The government has produced discovery and expects to file a superseding indictment that will add defendants and counts. Telephonic hearing set for 8/8/2024 at 9:00 a.m. on the Webex platform. Parties will not be asked to start their video. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. By agreement, the Court deems the period of time from 6/13/2024 to 8/8/2024 excludable under 18 U.S.C. §3161(h)(7)(A) – interest of justice. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.