UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANOSH AHMED,<br>SAMEER SUHAIL, and<br>HEATHER BERGDAHL | No. 24 CR 232<br><br>Judge Robert W. Gettleman |

**MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, moves for the entry of a protective order, and in support thereof states as follows:

1. The superseding indictment in this case, filed on July 12, 2024, charges three defendants with multiple counts of wire fraud, in violation of Title 18, United States Code, Section 1343, multiple counts of embezzlement, in violation of Title 18, United States Code, Section 666, and money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

2. The discovery to be provided by the government in this case consists of more than 57,000 documents, and more than 230,000 pages. The discovery includes sensitive information, including hospital information and patient information. The dissemination of such information could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for Heather Bergdahl, who agree to the entry of the proposed order. Defendants Anosh Ahmed and Sameer Suhail have not yet filed an appearance.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: /s/ *Sheri H. Mecklenburg*
SHERI H. MECKLENBURG
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 469-6030

Dated: July 19, 2024