# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | Case No: 24 CR 232 |
| Plaintiff | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| | ) | |
| Heather Bergdahl | ) | |
| Defendant | ) | |

## ORDER

Arraignment hearing held on 8/7/24 as to Defendant Heather Bergdahl. Sheri Mecklenburg appeared on behalf of the Government. Jordan Matthews and Taylor Grode appeared on behalf of the defendant. The parties agreed for the defendant to appear via videoconference. The Government advised the defendant of the charges pending against her and the maximum penalties. Defendant was advised of her rights. Defendant waived formal reading and entered a plea of not guilty as to all counts of the superseding indictment. The prior bond conditions under the original indictment shall stand with the addition that she may not have contact either directly, or indirectly, with her co-defendants and four other individuals that were named in open court. The Government is to provide defendant's counsel with a list of codefendants in which the defendant is prohibited to have contact with. The Defendant was advised as to this modification of her bond and she indicated she understood the modification. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. A status hearing is set for 8/8/24 before Judge Gettleman. Time to be excluded from 8/7/24 to and including 8/8/24 under 18 U.S.C. §3161(h)(7)(A) interest of justice. (X-T)

(T:00:30)

Date: August 7, 2024

Magistrate Judge Maria Valdez