# EXHIBIT C

**Grode, Taylor M.**

| | |
|---|---|
| **From:** | Tiffany Minarik <Tiffany_Minarik@ilnpt.uscourts.gov> |
| **Sent:** | Thursday, April 10, 2025 4:56 PM |
| **To:** | Grode, Taylor M.; Flor Troiani |
| **Cc:** | Matthews, Jordan M. |
| **Subject:** | RE: Bergdahl - Motion to Modify Bond Conditions (1:24-cr-00232) |

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious

Good evening,

Our office initially recommended *No Supervision*. Our risk assessment tool reflects that she is a Category 1 (low risk). Her supervising officer reported no compliance issues. In summary, we would support the removal of the condition (supervision). Please copy both myself and her supervising officer on any filed motions.

Thank you!

**From:** Grode, Taylor M. <tgrode@jonesday.com>
**Sent:** Thursday, April 10, 2025 1:44 PM
**To:** Flor Troiani <Flor_Troiani@txsp.uscourts.gov>
**Cc:** Matthews, Jordan M. <jmatthews@jonesday.com>; Tiffany Minarik <Tiffany_Minarik@ilnpt.uscourts.gov>
**Subject:** RE: Bergdahl - Motion to Modify Bond Conditions (1:24-cr-00232)

**CAUTION - EXTERNAL:**

Understood. Thank you!

Taylor M. Grode
Associate
**JONES DAY® - One Firm Worldwide℠**
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Office +1.312.269.1510

**From:** Flor Troiani <Flor_Troiani@txsp.uscourts.gov>
**Sent:** Thursday, April 10, 2025 12:56 PM
**To:** Grode, Taylor M. <tgrode@jonesday.com>
**Cc:** Matthews, Jordan M. <jmatthews@jonesday.com>; Tiffany Minarik <Tiffany_Minarik@ilnpt.uscourts.gov>
**Subject:** RE: Bergdahl - Motion to Modify Bond Conditions (1:24-cr-00232)

Good afternoon.  The defendant has remained compliant with all her bond conditions.  Our office is providing courtesy supervision for the ND/IL because Ms. Bergdahl resides in Houston, Texas; therefore, this request is deferred to the probation officer in Chicago, USPO Tiffany Minarik.  PO Minarik is cc'd in this email.

Thank you.



*Flor A. Troiani*
United States Probation Officer
SD/TX – Houston Division
Phone: 832-799-0977

---

**From:** Grode, Taylor M. <tgrode@jonesday.com>
**Sent:** Thursday, April 10, 2025 12:20 PM
**To:** Flor Troiani <Flor_Troiani@txsp.uscourts.gov>
**Cc:** Matthews, Jordan M. <jmatthews@jonesday.com>
**Subject:** Bergdahl - Motion to Modify Bond Conditions (1:24-cr-00232)

**CAUTION - EXTERNAL:**

Officer Troiani,

We represent Heather Bergdahl in the above-referenced matter. We intend to move the Court to modify Heather's conditions of pretrial release, such that she would no longer be required to submit to supervision by Pretrial Services. This condition was not initially recommended by your office. Could you please: (1) confirm for us that Heather has not violated any conditions of her pretrial release to date; and (2) let us know whether you oppose the motion?

Thank you in advance!
Taylor

Taylor M. Grode
Associate
**JONES DAY® - One Firm Worldwide℠**
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Office +1.312.269.1510

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.